# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. CR413-117 |
| | ) |
| JWAN JOHNSON | ) |

## REPORT AND RECOMMENDATION

On August 12, 2013 the Court ordered a forensic psychological examination of defendant Jwan Johnson in accordance with 18 U.S.C. § 4241(a) and (b) to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. 19.) Pursuant to the Court's order, Johnson underwent a comprehensive psychological evaluation at the Federal Detention Center in Englewood, Colorado. His evaluators found that he is competent to stand trial and was sane at the time of the offense. (Doc. 21.)

Both defendant and the government stipulate to the report's findings. (Doc. 23.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a

mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this __30th__ day of December, 2013.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA